IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELE GRISPINO, et al.          :          CIVIL ACTION
                                  :
          v.                      :
                                  :
NEW ENGLAND MUTUAL LIFE           :
INSURANCE CO., et al.             :          NO. 02-3509

ORDER

         AND NOW, this      day of July, 2002, it is hereby
ORDERED that the motion of defendants to stay proceedings is
GRANTED.  This action is STAYED pending a final decision by the
Judicial Panel on Multidistrict Litigation on whether this action
should be transferred to the United States District Court for the
District of Massachusets for consolidation and coordination with
multidistrict litigation currently pending there, In re:  New
England Mutual Life Insurance Company Sales Practices Litigation,
MDL No. 1105.

                              BY THE COURT:


                              _____
                                                          J.