IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE GRISPINO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW ENGLAND MUTUAL LIFE | : | |
| INSURANCE CO., et al. | : | NO. 02-3509 |

ORDER

AND NOW, this      day of July, 2002, it is hereby ORDERED that the motion of defendants to stay proceedings is GRANTED.  This action is STAYED pending a final decision by the Judicial Panel on Multidistrict Litigation on whether this action should be transferred to the United States District Court for the District of Massachusetts for consolidation and coordination with multidistrict litigation currently pending there, In re:  New England Mutual Life Insurance Company Sales Practices Litigation, MDL No. 1105.

BY THE COURT:

_____
                                                           J.