IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE GRISPINO, et al. | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-3509 |
| | : | |
| NEW ENGLAND MUTUAL LIFE INSURANCE CO., et al. | : | |

**ORDER**

    **AND NOW**, this    day of          , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]   -   Order staying these proceedings pending disposition of a related action.

    [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [ ]   -   Interlocutory appeal filed

    [X]   -   Other: <u>Order staying these proceedings pending final decision by the Judicial Panel of Multidistrict Litigation.</u>

it is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                        **BY THE COURT:**

                                        _____
                                        HARVEY BARTLE III,       J.

Civ. 13 (8/80)